```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

EVELYN ECHOLS                                              PLAINTIFF

V.                    CASE NO. 3:10CV00273 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 16th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE